Order issued October _2_ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

No. 05-12-00902-CV
_____

**DALLAS COUNTY HOSPITAL DISTRICT
D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**HOSPIRA WORLDWIDE, INC., Appellee**

## ORDER

Before the Court is the joint motion requesting an extension of time for appellant to file a reply brief and for appellee to file an amended and/or supplemental brief. We **GRANT** the motion with regard to the reply brief. Appellant shall file its reply brief on or before October 5, 2012.

We construe appellee's request for an extension of time to file an amended and/or supplemental brief as a motion for leave to file sur-reply brief. We **GRANT** appellee's motion. Appellee shall file a sur-reply brief within twenty days of the date appellant files its reply brief.

_____
CAROLYN WRIGHT
CHIEF JUSTICE